[This opinion has been published in *Ohio Official Reports* at 72 Ohio St.3d 1216.]

DIRKSING, ADMR., APPELLANT, *v.* BLUE CHIP ARCHITECTURAL PRODUCTS,
INC. ET AL., APPELLEES.

[Cite as *Dirksing v. Blue Chip Architectural Products, Inc.*, 1995-Ohio-244.]

*Appeal dismissed as improvidently allowed.*

(No. 94-2723—Submitted June 8, 1995—Decided July 19, 1995.)

APPEAL from the Court of Appeals for Butler County, No. CA93-08-156.

––––––––––––––––––

*John H. Metz*, for appellant.

*Taft, Stettinius & Hollister*, *James M. Hall, Jr.*, and *Charles F. Croog*, for appellees Blue Chip Architectural Products, Inc., WCI/Waltek, Inc., and Keith G. Smith.

*Dinsmore & Shohl* and *Stephen K. Shaw*, for appellee Frank Messer & Sons Construction Company.

––––––––––––––––––

{¶ 1} The cause is dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

––––––––––––––––––